# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

**MAY 2018 GRAND JURY**
**(Impaneled 05/04/2018)**

**THE UNITED STATES OF AMERICA**

*-vs-*

**TITUS THOMPSON**
    (Counts 1-5),
**DEONTE COOPER a/k/a Terry**
    (Count 1),
**RICKY TURNER**
    (Count 1),
**ARGENIS HERRERA**
    (Count 1),
**DIONES BOWENS**
    (Count 1),
**SHANE SHUMAKER**
    (Count 1),
**VICTORIA ORLANDO**
    (Count 1),
**VICKY HOFSTETTER**
    (Count 1),
**KOREE RUNYAN**
    (Count 1), and
**JENNA REDDING**
    (Count 1)

**SUPERSEDING INDICTMENT**
  **18-CR-126-W**

**Violations:**
Title 18, United States Code,
Sections 371, 922(a)(1)(A), 922(g)(1),
924(c)(1)(A)(i), and 2;
Title 21, United States Code,
Section 856(a)(1)
(5 Counts and Forfeiture Allegation)

## COUNT 1

**(Conspiracy to Commit Firearms Offenses)**

**The Grand Jury Charges That:**

Between in or about November 2017 and in or about May 2018, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendants, **TITUS THOMPSON, DEONTE COOPER a/k/a Terry, RICKY TURNER, ARGENIS ALBINO HERRERA, DIONES BOWENS, SHANE SHUMAKER, VICTORIA ORLANDO, VICKY HOFSTETTER, KOREE RUNYAN,** and **JENNA ANN REDDING,** did knowingly, willfully, and unlawfully combine, conspire, and agree together and with Robert L. Williams, Jr. and others, known and unknown, to commit offenses against the United States, that is:

(a)     not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44 of Title 18, United States Code, willfully to transport into, and receive in, the State where defendant **TITUS THOMPSON** and Robert L. Williams, Jr., resided, namely, the State of New York, firearms purchased and obtained outside the State of New York, namely, from the State of Ohio, in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D);

(b)     in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly to make false and fictitious written statements to such licensed dealers, which statements were intended and likely to deceive the licensed dealers with respect to a fact material to the lawfulness of the

sale of a firearm under Chapter 44 of Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2);

(c)    not being licensed dealers, importers, manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully to engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, within the Western District of New York, and elsewhere, the defendants, **TITUS THOMPSON, DEONTE COOPER a/k/a Terry, RICKY TURNER, ARGENIS ALBINO HERRERA, DIONES BOWENS, SHANE SHUMAKER, VICTORIA ORLANDO, VICKY HOFSTETTER, KOREE RUNYAN,** and **JENNA ANN REDDING,** and others, known and unknown, committed, and caused to be committed, the following overt acts, among others:

1.    In or about early November 2017, the exact date being unknown, defendant **RICKY TURNER** solicited defendant **ARGENIS ALBINO HERRERA** to purchase firearms for defendant **RICKY TURNER**.

2.    On or about November 4, 2017, defendant **ARGENIS ALBINO HERRERA** purchased two firearms, namely, a Mossberg, Model 715T, .22 caliber semi-automatic rifle,

bearing serial number EMJ3949166; and a Glock 23, Gen 3 Model, .40 caliber semi-automatic pistol, bearing serial number RTS792, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

3.      In connection with the firearms acquisitions set forth in paragraph 2 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearms, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

4.      On or about November 15, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a SCCY, Model CPX-2, 9mm pistol, bearing serial number 360322, for defendant **RICKY TURNER** from Iron Sight Arms & Tactical Supply, located in Ashtabula, Ohio.

5.      In connection with the firearm acquisition set forth in paragraph 4 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

6.      On or about November 16, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Glock 33, .357 caliber semi-automatic pistol, bearing serial number UGF775, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

7.      In connection with the firearm acquisition set forth in paragraph 6 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

8.      On or about November 17, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Taurus, Model PT 140, .40 caliber pistol, bearing serial number SKR74135, for defendant **RICKY TURNER** from Iron Sight Arms & Tactical Supply, located in Ashtabula, Ohio.

9.      In connection with the firearm acquisition set forth in paragraph 8 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER.**

10.     On or about November 17, 2017, defendant **ARGENIS ALBINO HERRERA** purchased two firearms, namely, a Sig Sauger, Model P226, .40 S&W caliber semi-automatic pistol, bearing serial number U729395; and a Taurus, PT 21/7 PROC DS Model, .45 caliber semi-automatic pistol, bearing serial number NCW26027, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

11.     In connection with the firearms acquisitions set forth in paragraph 10 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that

he was to be the actual purchaser of the firearms, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearms for defendant **RICKY TURNER.**

12.    On or about November 17, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Smith & Wesson, SD40VE model, .40 caliber pistol, bearing serial number HFB6762, for **RICKY TURNER** from Garrett's Guns and Ammo, located in Ashtabula, Ohio.

13.    In connection with the firearm acquisition set forth in paragraph 12 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

14.    On or about November 18, 2017, defendant **ARGENIS ALBINO HERRERA** purchased two firearms, namely, a Ruger, SR40 model, .40 caliber pistol, bearing serial number 342-80803; and a Taurus, TCP 738 model, .380 caliber pistol, bearing serial number 10902E, for defendant **RICKY TURNER** from Garrett's Guns and Ammo, located in Ashtabula, Ohio.

15.    In connection with the firearms acquisitions set forth in paragraph 14 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearms, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearms for defendant **RICKY TURNER**.

16.      On or about November 18, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Glock 42, .380 caliber semi-automatic pistol, bearing serial number AAXL788, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

17.      In connection with the firearm acquisition set forth in paragraph 16 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

18.      On or about November 19, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Beretta, 92FS model, 9mm semi-automatic pistol, bearing serial number BER133791, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

19.      In connection with the firearm acquisition set forth in paragraph 18 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

20.      On or about November 20, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Taurus 85 ultra-light, .38 special revolver, bearing serial

number GN93098, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

21.     In connection with the firearm acquisition set forth in paragraph 20 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

22.     On or about November 24, 2017, defendant **ARGENIS ALBINO HERRERA** purchased two firearms, namely, a Jimenez Arms,  JA 380 model, .380 caliber semi-automatic pistol, bearing serial number 388586; and a Ruger,  SR9 model, 9mm semi-automatic pistol, bearing serial number 335-70005, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

23.     In connection with the firearms acquisitions set forth in paragraph 22 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearms, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearms for defendant **RICKY TURNER.**

24.     On or about December 6, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Taurus PT111, 9mm semi-automatic pistol, bearing serial number TJN02854, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

25.     In connection with the firearm acquisition set forth in paragraph 24 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

26.     On or about December 6, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Smith & Wesson, M & P model, .45 caliber pistol, bearing serial number HSD1297, for defendant **RICKY TURNER** from Iron Sight Arms & Tactical Supply, located in Ashtabula, Ohio.

27.     In connection with the firearm acquisition set forth in paragraph 26 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

28.     On or about December 7, 2017, defendant **ARGENIS ALBINO HERRERA** purchased two firearms, namely, a Smith & Wesson, 915 model, 9mm semi-automatic pistol, bearing serial number VCB6552; and a Ruger, SR45 model, .45 semi-automatic pistol, bearing serial number 380-13586, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

29.     In connection with the firearms acquisitions set forth in paragraph 28 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that

he was to be the actual purchaser of the firearms, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearms for defendant **RICKY TURNER**.

30.    On or about December 9, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Taurus, TCP model, .380 caliber pistol, bearing serial number 1D109209, for defendant **RICKY TURNER** from Iron Sight Arms & Tactical Supply, located in Ashtabula, Ohio.

31.    In connection with the firearm acquisition set forth in paragraph 30 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER.**

32.    On or about December 10, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Quality Firearms Inc., .38 special double action revolver, bearing serial number 0S00804, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

33.    In connection with the firearm acquisition set forth in paragraph 32 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER.**

34.     On or about December 13, 2017, defendant **ARGENIS ALBINO HERRERA** purchased two firearms, namely, a Cobra, Denali model, .380 caliber semi-automatic pistol, bearing serial number K17281; and a Cobra, Denali model, .380 caliber semi-automatic pistol, bearing serial number K17282, for defendant **RICKY TURNER** from Iron Sight Arms & Tactical Supply, located in Ashtabula, Ohio.

35.     In connection with the firearms acquisitions set forth in paragraph 34 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearms, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearms for defendant **RICKY TURNER.**

36.     On or about December 14, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Smith & Wesson M&P 9 PRO Series, 9mm semi-automatic pistol, bearing serial number DXP4406, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

37.     In connection with the firearm acquisition set forth in paragraph 36 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

38.     On or about December 14, 2017, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Diamondback, DB9 model, 9mm caliber pistol, bearing serial

number YJ003, for defendant **RICKY TURNER** from Iron Sight Arms & Tactical Supply, located in Ashtabula, Ohio.

39.     In connection with the firearm acquisition set forth in paragraph 38 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

40.     On or about January 11, 2018, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Ruger P35, 9mm semi-automatic pistol, bearing serial number 317-46065, for **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

41.     In connection with the firearm acquisition set forth in paragraph 40 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER.**

42.     On or about January 14, 2018, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Smith & Wesson, SD40VE model, .40 caliber semi-automatic pistol, bearing serial number FYV6779, for **RICKY TURNER** from Dunham's Sport, located in Ashtabula, Ohio.

43.    In connection with the firearm acquisition set forth in paragraph 42 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

44.    On or about January 15, 2018, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Rossi, 351 model, .38 caliber revolver, bearing serial number TJ68030, for **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

45.    In connection with the firearm acquisition set forth in paragraph 44 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

46.    On or about January 18, 2018, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Diamondback, DB380 model, .380 caliber pistol, bearing serial number ZE8992, for defendant **RICKY TURNER** from Iron Sight Arms & Tactical Supply, located in Ashtabula, Ohio.

47.    In connection with the firearm acquisition set forth in paragraph 46 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

48.    On or about January 21, 2018, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Beretta, Nano model, 9mm semi-automatic pistol, bearing serial number NU027172, for **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

49.    In connection with the firearm acquisition set forth in paragraph 48 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

50.    On or about February 9, 2018, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Beretta,  PX4 Storm model, 9mm semi-automatic pistol, bearing serial number PX202875, for **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

51.    In connection with the firearm acquisition set forth in paragraph 50 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

52.    On or about February 14, 2018, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Beretta,  9000S model, 9mm semi-automatic pistol, bearing

serial number SZ017812, for **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

53.    In connection with the firearm acquisition set forth in paragraph 52 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

54.    On or about March 7, 2018, defendant **ARGENIS ALBINO HERRERA** purchased two firearms, namely, a Arminius, Titan Tiger model, .38 special revolver, bearing serial number 0105887, and a Ruger, LC9 model, 9mm semi-automatic pistol, bearing serial number 325-29054, for **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

55.    In connection with the firearms acquisition set forth in paragraph 54 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearms, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearms for defendant **RICKY TURNER.**

56.    In or about early March 2018, the exact date being unknown, defendant **DEONTE COOPER a/k/a Terry** solicited defendant **VICTORIA ORLANDO** to purchase firearms for Robert L. Williams, Jr.

57.     On or about March 10, 2018, defendant **VICTORIA ORLANDO** purchased a firearm, namely, a Taurus, PT111 G2 model, 9mm caliber pistol, bearing serial number TLN14819 for Robert L. Williams, Jr., from Medina Gun Show, located in Medina, Ohio.

58.     In connection with the firearms acquisition set forth in paragraph 57 above, defendant **VICTORIA ORLANDO** falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearms, when, in fact, defendant **VICTORIA ORLANDO** purchased the firearms for Robert L. Williams, Jr.

59.     Following the firearm acquisition set forth in paragraph 57 above, Robert L. Williams, Jr. and defendant **JENNA REDDING** caused the firearm to be transported into the Western District of New York.

60.     On or about April 15, 2018, defendant **VICTORIA ORLANDO** purchased ten firearms, namely, a Ruger, LCP model, .380 caliber pistol, bearing serial number 371920640; a Smith & Wesson, SD40VE model, .40 caliber pistol, bearing serial number FZS2809; a Taurus, G2C model, 9mm caliber pistol, bearing serial number TLD68106; a Ruger, LCP model, .380 caliber pistol, bearing serial number 371921698; a Ruger, LCP model, .380 caliber pistol, bearing serial number 372107053; a Ruger, LCP model, .380 caliber pistol, bearing serial number 372128866; a Smith & Wesson, M&P 9 Shield M2.0 model, 9mm caliber pistol, bearing serial number HYU8529; a Smith & Wesson, M&P 9 Shield M2.0 model, 9mm caliber pistol, bearing serial number HTZ4060; a Taurus, G2C model, 9mm caliber pistol, bearing serial number TLM01176; and a Taurus, G2C model, 9mm caliber

pistol, bearing serial number TLM07022, for Robert L. Williams, Jr., from Excalibur Outdoors LLC., located in Circleville, Ohio.

61.    In connection with the firearms acquisitions set forth in paragraph 60 above, defendant **VICTORIA ORLANDO** falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearms, when, in fact, defendant **VICTORIA ORLANDO** purchased the firearms for Robert L. Williams, Jr.

62.    Following the firearms acquisitions set forth in paragraph 60 above, Robert L. Williams, Jr. and defendant **VICTORIA ORLANDO** caused the firearms to be transported into the Western District of New York.

63.    In or about April 2018, the exact date being unknown, defendant **DIONES BOWENS** agreed to purchase firearms for Robert L. Williams, Jr.

64.    On or about April 17, 2018, defendant **DIONES BOWENS** purchased three firearms, namely, a Hi Point, 4095TS model, .40 caliber rifle, bearing serial number H78189; a Hi Point, 3895TS model, .380 caliber rifle, bearing serial number Y04496; and a Taurus, G2C model, 9mm pistol, bearing serial number TL062425, for Robert L. Williams, Jr. from Garrett's Guns and Ammo, located in Astabula, Ohio.

65.    In connection with the firearms acquisitions set forth in paragraph 64 above, defendant **DIONES BOWENS** falsely represented on an ATF Form 4473 that he was to be

the actual purchaser of the firearms, when, in fact, defendant **DIONES BOWENS** purchased the firearms for Robert L. Williams, Jr.

66.    Following the firearms acquisitions set forth in paragraph 64 above, Robert L. Williams, Jr. and defendant **DIONES BOWENS** caused the firearms to be transported into the Western District of New York.

67.    On or about April 20, 2018, defendant **ARGENIS ALBINO HERRERA** purchased a firearm, namely, a Hi Point,  CF380 model, .380 ACP semi-automatic rifle caliber rifle, bearing serial number P8112341, for defendant **RICKY TURNER** from Pawnta$tic, located in Ashtabula, Ohio.

68.    In connection with the firearm acquisition set forth in paragraph 67 above, defendant **ARGENIS ALBINO HERRERA** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **ARGENIS ALBINO HERRERA** purchased the firearm for defendant **RICKY TURNER**.

69.    On or about April 21, 2018, defendant **DIONES BOWENS** purchased 12 firearms, namely: a Taurus, PT111MII model, 9mm caliber pistol, bearing serial number TKX46721; a Taurus, 709SLIM model, 9mm pistol, bearing serial number TLM68887; a Taurus, 709SLIM model, 9mm pistol, bearing serial number TLM68937; a Taurus, G2C931 model, 9 caliber pistol, bearing serial number TLO770350; a ATI, GFX45G1 model, .45 pistol, bearing serial number GII22388; a Taurus, SLM90632 model, .40 caliber pistol,

17

bearing serial number PT740SLIM FDE; a Taurus, SLM90739 model, .40 caliber pistol, bearing serial number PT740SLIM FDE; a Smith & Wesson, FZU1439 model, 9mm caliber pistol, bearing serial number SD40GRY; a Taurus, TLN17342 model, 9mm caliber pistol, bearing serial number G2C931; a Taurus, SLM91060 model, .40 caliber pistol, bearing serial number PT740SLIM FDE; and a Taurus, TL066415 model, 9mm caliber pistol, bearing serial number G2C931, for Robert L. Williams, Jr., from Gun Brothers, LLC, located in Eastlake, Ohio.

70.    In connection with the firearms acquisitions set forth in paragraph 69 above, defendant **DIONES BOWENS** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearms, when, in fact, defendant **DIONES BOWENS** purchased the firearms for ROBERT L. WILLIAMS, JR.

71.    Following the firearms acquisitions set forth in paragraph 69 above, Robert L. Williams, Jr. and defendant **DIONES BOWENS** caused the firearms to be transported into the Western District of New York.

72.    On or about April 22, 2018, defendant **VICTORIA ORLANDO** purchased three firearms, namely: a Smith & Wesson, SD40 model, .40 caliber pistol, bearing serial number FZS3069; a Smith & Wesson, SD40VE model, .40 caliber pistol, bearing serial number FZS9150, and a Smith & Wesson, SD40 model, .40 caliber pistol, bearing serial number FZS25998, for Robert L. Williams, Jr., from MGA ARMS, located in Perry, Ohio.

73.    In connection with the firearms acquisitions set forth in paragraph 72 above, defendant **VICTORIA ORLANDO** falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearms, when, in fact, defendant **VICTORIA ORLANDO** purchased the firearms for Robert L. Williams, Jr.

74.    Following the firearms acquisitions set forth in paragraph 72 above, Robert L. Williams, Jr. and defendants **TITUS THOMPSON** and **VICTORIA ORLANDO** caused the firearms to be transported into the Western District of New York.

75.    On or about April 22, 2018, defendant **VICTORIA ORLANDO** purchased three firearms, namely: a Taurus, PT709 SLIM model, 9mm caliber pistol, bearing serial number TJS16546; a Taurus, PT709 SLIM model, 9mm pistol, bearing serial number TJR49938; and a Taurus, PT709 SLIM model, 9mm pistol, bearing serial number TJR60347, for Robert L. Williams, Jr., from D & R Firearms, located in Louisville, Ohio.

76.    In connection with the firearms acquisitions set forth in paragraph 75 above, defendant **VICTORIA ORLANDO** falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearms, when, in fact, defendant **VICTORIA ORLANDO** purchased the firearms for Robert L. Williams, Jr.

77.    Following the firearms acquisitions set forth in paragraph 75 above, Robert L. Williams, Jr. and defendants **TITUS THOMPSON** and **VICTORIA ORLANDO** caused the firearms to be transported into the Western District of New York.

78.     In or about April 2018, the exact date being unknown, defendant **DEONTE COOPER** solicited defendant **VICKY HOFSTETTER** to purchase firearms for Robert L. Williams, Jr.

79.     On or about April 22, 2018, defendant **VICKY HOFSTETTER** purchased five firearms, namely: a American Tactical Imports, Omni Hybrid model, 5.56 caliber pistol, bearing serial number NS155250; a American Tactical Imports, Omni Hybrid model, 5.56 caliber pistol, bearing serial number NS151014; a Diamond Back Arms Inc., DB-15PB7 model, 5.56 caliber pistol, bearing serial number DB1742458; a Romatm/Cugir, Mini-Draco model, 7.62 caliber pistol, bearing serial number PB-1238-2018; a Taurus, Public Def. Judge model, 45/410 revolver, bearing serial number KW324090; and a Smith & Wesson, M&P 45 Shield model, .45 caliber pistol, bearing serial number HYN8293, for Robert L. Williams, Jr., from MGA ARMS, located in Perry, Ohio.

80.     In connection with the firearms acquisitions set forth in paragraph 79 above, defendant **VICKY HOFSTETTER** falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearms, when, in fact, defendant **VICKY HOFSTETTER** purchased the firearms for Robert L. Williams, Jr.

81.     Following the firearms acquisitions set forth in paragraph 79 above, Robert L. Williams, Jr. and defendant **VICKY HOFSTETTER** caused the firearms to be transported into the Western District of New York.

82.     On or about May 19, 2018, defendant **TITUS THOMPSON** possessed a firearm inside his residence located at 89 Parkridge, Upper Apartment, Buffalo, New York, namely, a Omni Hybrid model, 5.56 caliber pistol, bearing serial number NS155250 purchased by **VICKY HOFSTETTER**, as set forth in paragraph 79 above.

83.     On or about April 22, 2018, defendant **VICKY HOFSTETTER** purchased six firearms, namely: a Smith & Wesson, SD40VE model, .40 caliber pistol, bearing serial number FZP7553; a Smith & Wesson, SD40VE model, .40 caliber pistol, bearing serial number FZS7341; a Smith & Wesson, SD40VE model, .40 caliber pistol, bearing serial number FZS3653; a Smith & Wesson, SD40VE model, .40 caliber pistol, bearing serial number FZS8071; a Smith & Wesson, SD40VE model, .40 caliber pistol, bearing serial number FZS6171; and a American Tactical Imports, Omni Hybrid model, 5.56 caliber pistol, bearing serial number NS1511014, for Robert L. Williams, Jr., from Gun Brothers, located in Eastlake, Ohio.

84.     In connection with the firearms acquisitions set forth in paragraph 83 above, defendant **VICKY HOFSTETTER** falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearms, when, in fact, defendant **VICKY HOFSTETTER** purchased the firearms for Robert L. Williams, Jr.

85.     Following the firearms acquisitions set forth in paragraph 83 above, Robert L. Williams, Jr. and defendant **VICKY HOFSTETTER** caused the firearms to be transported into the Western District of New York.

86.     In or about April 2018, the exact date being unknown, defendant **DEONTE COOPER a/k/a Terry** solicited defendant **SHANE SHUMAKER** to purchase firearms for Robert L. Williams, Jr.

87.     On or about April 27, 2018, defendant **SHANE SHUMAKER** purchased ten firearms, namely: a Smith & Wesson, SD40 model, .40 caliber pistol, bearing serial number FZS3891; a Smith & Wesson, SD40 model, .40 caliber pistol, bearing serial number FZU1453; a Smith & Wesson, SD40 model, .40 caliber pistol, bearing serial number FZP5440; a Taurus, PUBDEF model, 410GA/45 revolver, bearing serial number LN397943; a Taurus, G2C model, 9mm caliber pistol, bearing serial number TLN10876; a Taurus, G2C model, 9mm caliber pistol, bearing serial number TLN29728; a Taurus, G2C model, 9mm caliber pistol, bearing serial number TLN14663; a Taurus, M605 model, 357 caliber revolver, bearing serial number KT98478; a Taurus, M605 model, 357 caliber revolver, bearing serial number LM44866; a Taurus, M605 model, 357 caliber revolver, bearing serial number LM44868, for Robert L. Williams, Jr., from Garretts's Guns and Ammo, located in Ashtabula, Ohio.

88.     In connection with the firearms acquisitions set forth in paragraph 87 above, defendant **SHANE SHUMAKER** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearms, when, in fact, defendant **SHANE SHUMAKER** purchased the firearms for Robert L. Williams, Jr.

89.     Following the firearms acquisitions set forth in paragraph 87 above, Robert L. Williams, Jr. and defendant **SHANE SHUMAKER** caused the firearms to be transported into the Western District of New York.

90.     On April 30, 2018, defendant **SHANE SHUMAKER** purchased four firearms, namely: a Glock GMBH, 21Gen4 model, .45 caliber pistol, bearing serial number BGGU939; a Glock GMBH, 30Gen4, .45 caliber pistol, bearing serial number BFFX815; a Century Arms, RAS47 model, .45 caliber pistol, bearing serial number RAS47099118; and a Roman/Cugir, Draco model, 7.62x39 mm caliber pistol, bearing serial number DB-6316-18, for Robert L. Williams, Jr., from Point Blank Range & Gunshop, located in Mentor, Ohio.

91.     In connection with the firearms acquisition set forth in paragraph 90 above, defendant **SHANE SHUMAKER** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearms, when, in fact, defendant **SHANE SHUMAKER** purchased the firearms for Robert L. Williams, Jr.

92.     Following the firearms acquisition set forth in paragraph 98 above, Robert L. Williams, Jr. and defendant **SHANE SHUMAKER** caused the firearms to be transported into the Western District of New York.

93.     On April 30, 2018, defendant **SHANE SHUMAKER** purchased a firearm, namely, a SCCY, Model CPX-1, 9mm pistol, bearing serial number 646964, for Robert L. Williams, Jr., from Garrett's Guns and Ammo, located in Ashtabula, Ohio.

94.     In connection with the firearm acquisition set forth in paragraph 93 above, defendant **SHANE SHUMAKER** falsely represented on an ATF Form 4473 that he was to be the actual purchaser of the firearm, when, in fact, defendant **SHANE SHUMAKER** purchased the firearm for Robert L. Williams, Jr.

95.     Following the firearm acquisition set forth in paragraph 93 above, Robert L. Williams, Jr. and defendant **SHANE SHUMAKER** caused the firearm to be transported into the Western District of New York.

96.     In or about May 2018, the exact date being unknown, defendant **KOREE RUNYAN** agreed to purchase firearms for Robert L. Williams, Jr.

97.     On or about May 9, 2018, defendant **KOREE RUNYAN** purchased ten firearms, namely: a KELTEC, KSG model, 12 gauge shotgun, bearing serial number XXCN43; a KEL TEC, CMR-30 model, .22 caliber rifle, bearing serial number Y5P27; a Armscor, VR60 model, 12 gauge shotgun, bearing serial number R009563; a Century Arms, AK63DS model, 7.62x39 mm rifle, bearing serial number AK63DS-707748; a Armscor, M1911-A1 model, .45 caliber pistol, bearing serial number RIA838453; a Diamond Back, DB-15PB10 model, .556 caliber pistol, bearing seral number DB1561401; a Walter, HK416D model, .22 caliber pistol, bearing serial number WH022886; a Glock GMBH, 19X model, 9mm caliber pistol, bearing serial number BHWI703; a Taurus, Judge model, 762 caliber revolver, bearing serial number KS260690; and a Roman/Cigur, mini-draco model, 762

caliber pistol, bearing serial number PE-1607-2018, for Robert L. Williams, Jr., from MGA ARMS, located in Perry, Ohio.

98.    In connection with the firearms acquisitions set forth in paragraph 97 above, defendant **KOREE RUNYAN** falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearms, when, in fact, defendant **KOREE RUNYAN** purchased the firearms for Robert L. Williams, Jr.

99.    Following the firearms acquisitions set forth in paragraph 97 above, Robert L. Williams, Jr. and defendant **KOREE RUNYAN** caused the firearms to be transported into the Western District of New York.

100.    In or about May 2018, the exact date being unknown, defendant **JENNA REDDING** agreed to purchase firearms for Robert L. Williams, Jr.

101.    On May 9, 2018, defendant **JENNA REDDING** purchased two firearms, namely: a Glock Inc., 27 Gen4 model, .40 caliber pistol, bearing serial number BFFW009; and a Glock GMBH, 22Gen4 model, .40 caliber pistol, bearing serial number BHAH438, for ROBERT L. WILLIAMS, JR., from MGA ARMS, located in Perry, Ohio.

102.    In connection with the firearms acquisitions set forth in paragraph 101 above, defendant **JENNA REDDING** falsely represented on an ATF Form 4473 that she was to be

the actual purchaser of the firearms, when, in fact, defendant **JENNA REDDING** purchased the firearms for Robert L. Williams, Jr.

103.    Following the firearms acquisition set forth in paragraph 101 above, Robert L. Williams, Jr. and defendant **JENNA REDDING** caused the firearms to be transported into the Western District of New York.

104.    On May 11, 2018, defendant **JENNA REDDING** purchased seven firearms, namely: a Roman/Cugir, Micro Draco model, 7.62 caliber pistol, bearing serial number PE-2075-2018; a Glock GMBH, 19X model, 9mm caliber pistol, bearing serial number BHDX347; a Glock GMBH, 26 model, 9mm caliber pistol, bearing serial number BGWZ718; a Glock GMBH, 30SF model, .45 caliber pistol, bearing serial number BFTK509; a Diamond Back, DB-15PB7 model, .556 caliber pistol, bearing seral number DBI742752; a Armscor, VR60 model, 12 gauge shotgun, bearing serial number R009564; a Eksen, MKA 1919 model, 12 gauge shotgun, bearing serial number E1800729; and a HNH USA, LLC, FNS-9C model, 9mm caliber pistol, bearing serial number CSU0058308, for Robert L. Williams, Jr., from MGA ARMS, located in Perry, Ohio.

105.    In connection with the firearms acquisitions set forth in paragraph 104 above, defendant **JENNA REDDING** falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearms, when, in fact, defendant **JENNA REDDING** purchased the firearms for Robert L. Williams, Jr.

106.    Following the firearms acquisition set forth in paragraph 104 above, Robert L. Williams, Jr. and defendant **JENNA REDDING** caused the firearms to be transported into the Western District of New York.

107.    On or about May 18, 2018, defendant **TITUS THOMPSON** possessed a firearm inside his residence located at 89 Parkridge, Upper Apartment, Buffalo, New York, namely, a FNS-9C model, 9mm caliber pistol, bearing serial number CSU0058308, purchased by **JENNA REDDING**, as set forth in paragraph 104 above.

**All in violation of Title 18, United States Code, Section 371.**

## COUNT 2

**(Unlawfully Dealing in Firearms)**

**The Grand Jury Further Charges That:**

Between in or about March 2018, the exact date being unknown, and on or about May 18, 2018, in the Western District of New York, the defendant, **TITUS THOMPSON**, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

**All in violation of Title 18, United States Code, Section 922(a)(1)(A), 923(a), and 924(a)(1)(D).**

## COUNT 3

**(Felon in Possession of Firearms and Ammunition)**

**The Grand Jury Further Charges That:**

On or about May 18, 2018, in the Western District of New York, the defendant, **TITUS THOMPSON**, having previously been convicted on or about October 12, 2011, and on or about October 22, 2007, in County Court, Erie County, New York, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, firearms and ammunition, namely:

a.    One (1) Glock, Model 23, .40 caliber pistol, bearing Serial Number: DRY120US;

b.    One (1) FNH USA, Model FNS-9C, 9mm pistol, bearing Serial Number: CSU0058308;

c.    One (1) Remington Arms Co., Inc., Bolt Action Score Master rifle, a 22 caliber, Model 511-X, bearing no Serial Number;

d.    One (1) Kel-Tec, CNC Industries, Model KSG 12 gauge shotgun, bearing Serial Number: XXCN43;

e.    One (1) Ruger, Model P345, .45 caliber pistol, bearing Serial Number: 66498388;

f.    One (1) Norinco SKS, 7.62 caliber rifle, bearing Serial Number: 18020101N;

g.    One (1) Ruger Mini 14 .223 caliber rifle, bearing Serial Number: 18379175;

h.    One (1) Norinco SKS, 7.62 caliber rifle, bearing Serial Number: K6803;

i.    One (1) Romarm/Cugir, Model Draco, 7.62 caliber rifle, with obliterated Serial Number;

j.    One (1) Anderson Manufacturing Model AM15, multi-cal rifle, bearing Serial Number: 15083351;

k.    One (1) Glock, Model GMBH 17, .9mm caliber pistol, bearing Serial Number: FEM652;

l.      One (1) Extar, Model EXP556, 5.56 caliber pistol, bearing Serial Number: EP05129;

m.      15 rounds of 5.56 ammunition;

n.      36 rounds of Box Hansen .22 LR ammunition;

o.      Five (5) bags containing assorted ammunition;

p.      16 rounds of assorted ammunition;

q.      One (1) round LC (Lake City) 5.56 caliber ammunition;

r.      Seven (7) rounds CCI .45 Auto ammunition;

s.      157 rounds assorted ammunition;

t.      140 rounds Wolf ammunition 7.62 caliber;

u.      101 rounds Tula Cartridge Works-Russia ammunition 7.62 caliber;

v.      106 rounds assorted ammunition;

w.      52 rounds assorted ammunition .40 caliber; and

x.      51 rounds assorted ammunition.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**


## COUNT 4

**(Using and Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

On or about May 18, 2018, in the Western District of New York, the defendant, **TITUS THOMPSON**, did knowingly, intentionally, and unlawfully use and maintain a place, that is, the premises at 89 Parkridge, Upper, Buffalo, New York, for the purpose of manufacturing, distributing, and using controlled substances.

**All in violation of Title 21, United States Code, Section 856(a)(1).**

## COUNT 5

**(Possession of Firearms in
Furtherance of Drug Trafficking)**

**The Grand Jury Further Charges That:**

On or about May 18, 2018, in the Western District of New York, the defendant,
**TITUS THOMPSON**, in furtherance of a drug trafficking crime for which he may be
prosecuted in a court of the United States, that is, a violation of Title 21, United States Code,
Section 856, as set forth in Count 4 of this Indictment, the allegations of which are
incorporated herein by reference, did knowingly and unlawfully possess firearms.

**All in violation of Title 18, United States Code, Section 924(c)(1)(a)(i).**

## FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of the offenses alleged in any of the counts of this Superseding
Indictment, the defendant, **TITUS THOMPSON**, shall forfeit his right, title and interest to
the United States of any firearms and ammunition involved or used in the commission of the
offense, or found in the possession or under his immediate control at the time of arrest,
including, but not limited to:

a.   One (1) Glock, Model 23, .40 caliber pistol, bearing Serial Number: DRY120US;

b.   One (1) FNH USA, Model FNS-9C, 9mm pistol, bearing Serial Number: CSU0058308;

c.   One (1) Remington Arms Co., Inc., Bolt Action Score Master rifle, a 22 caliber, Model 511-X, bearing no Serial Number;

d.   One (1) Kel-Tec, CNC Industries, Model KSG 12 gauge shotgun, bearing Serial Number:  XXCN43;

e.      One (1) Ruger, Model P345, .45 caliber pistol, bearing Serial Number: 66498388;

f.      One (1) Norinco SKS, 7.62 caliber rifle, bearing Serial Number:  18020101N;

g.      One (1) Ruger Mini 14 .223 caliber rifle, bearing Serial Number:  18379175;

h.      One (1) Norinco SKS, 7.62 caliber rifle, bearing Serial Number:  K6803;

i.      One (1) Romarm/Cugir, Model Draco, 7.62 caliber rifle, with obliterated Serial Number;

j.      One (1) Anderson Manufacturing Model AM15, multi-cal rifle, bearing Serial Number: 15083351;

k.      One (1) Glock, Model GMBH 17, .9mm caliber pistol, bearing Serial Number: FEM652;

l.      One (1) Extar, Model EXP556, 5.56 caliber pistol, bearing Serial Number: EP05129;

m.      15 rounds of 5.56 ammunition;

n.      36 rounds of Box Hansen .22 LR ammunition;

o.      Five (5) bags containing assorted ammunition;

p.      16 rounds of assorted ammunition;

q.      One (1) round LC (Lake City) 5.56 caliber ammunition;

r.      Seven (7) rounds CCI .45 Auto ammunition;

s.      157 rounds assorted ammunition;

t.      140 rounds Wolf ammunition 7.62 caliber;

u.      101 rounds Tula Cartridge Works-Russia ammunition 7.62 caliber;

v.      106 rounds assorted ammunition;

w.      52 rounds assorted ammunition .40 caliber; and

x.      51 rounds assorted ammunition.

**All pursuant to the provisions of Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED:  Buffalo, New York, October 11, 2018.

JAMES P. KENNEDY, JR.
United States Attorney

BY:    S/EMMANUEL O. ULUBIYO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5713
Emmanuel.Ulubiyo@usdoj.gov

A TRUE BILL:

S/FOREPERSON