UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------

UNITED STATES OF AMERICA	18-CR-126

    -against-

                                      **NOTICE OF MOTION**

TITUS THOMPSON,

            Defendant.
-----------------------------------------------------

| | |
|---|---|
| **MOTION BY:** | Jason L. Schmidt, Esq.<br>Attorney for Defendant |
| **DATE, TIME & PLACE:** | Before the Honorable Elizabeth Wolford, United States District Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York. |
| **SUPPORTING PAPERS:** | Affirmation of Jason L. Schmidt, Esq. dated December 14, 2020. |
| **RELIEF REQUESTED:** | (i) relieving Jason Schmidt, Esq. as counsel of record;<br>(ii) determining Mr. Thompson's financial eligibility for assigned counsel; and (iii) if necessary, appointing new counsel for Mr. Thompson. |
| **DATED:** | December 14, 2020<br>Fredonia, New York |

                                              _____/s/_____
                                              Jason Schmidt, Esq.
                                              63 Central Avenue
                                              Fredonia, New York 14063
                                              *Attorney for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------

UNITED STATES OF AMERICA                    18-CR-126

   -against-                                    **AFFIRMATION**

TITUS THOMPSON,

        Defendant.
-----------------------------------------------------

    **JASON L. SCHMIDT,** affirms under penalties of perjury:

    1.    I am counsel of record for Titus Thompson and make this motion for the purpose of being removed as counsel of record and assisting Mr. Thompson to obtain new counsel to complete the post-conviction process.

    2.    On November 4, 2020, I was elected Chautauqua County District Attorney, a full-time prosecutorial position which I will assume as of January 1st. Because I was retained by Mr. Thompson, he would typically retain new counsel to substitute in my place. However, Mr. Thompson may not have the financial means to retain new counsel and I am therefore concerned that he obtain replacement representation.

    3.    For this reason, I ask the Court to inquire of Mr. Thompson concerning his financial ability to retain new counsel and, if appropriate, have Mr. Thompson complete a financial affidavit in order to determine his eligibility for

either assigned counsel or representation through the Federal Public Defender's Office

    3.    For the foregoing reasons I respectfully request that the Court delay further post-conviction proceedings and grant this application in its entirety.

Dated: Fredonia, New York
       December 14, 2020                        Respectfully submitted,

                                                    /s/
                                         _____
                                         JASON L. SCHMIDT, ESQ.
                                         *Attorney for Roman Dunnigan*
                                         63 Central Avenue
                                         Fredonia, NY 14063
                                         *Phone* 716.672.5800
                                         *Fax* 716. 672.5881
                                         jason@jlschmidt-law.com